UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO ROBLES,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>　　　　　　Defendant. | Case No. CV 08-1376 JC<br><br>JUDGMENT |

　　　The court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g) and Order of Voluntary Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g) due to significant portions of a pertinent recording being inaudible,

　　　IT IS HEREBY ADJUDGED that this action is remanded to the Commissioner for further proceedings consistent with the aforementioned Stipulation and Order.

DATED:　　May 1, 2008

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE