UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO ROBLES,<br><br>                    Plaintiff,<br><br>           v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No. CV 08-1376 JC<br><br>JUDGMENT |

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: September 30, 2013

                                                         /s/
                                       Honorable Jacqueline Chooljian
                                       UNITED STATES MAGISTRATE JUDGE